FILED
CLERK U.S. DISTRICT COURT

SEP 22 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> *Beltram* Defendant. ) | Case No.: SA 07 CR 288 GHK <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____*CD/CA*_____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____*PSA factors*_____

_____

_____

_____

and/or

B.   ☒   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____ *mutentially, gunshot(s) fired from car in which M. was found on 9/20/11, and weapon present - Also, ammunition found in his residence + daughter.*

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: ___*9/22/11*___

___*Konton*___
UNITES STATES MAGISTRATE JUDGE

2